PROB 12B
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 19 2015

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Mary Olszak | Case Number: 4:13CR00344-002 JLH |

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
United States District Judge

Original Offense:   Distribution of Methamphetamine, a Class C felony

Date of Sentence:   June 1, 2015

Original Sentence:   Time served, 36 months supervised release

Type of Supervision:   Supervised Release
Date Supervision Commenced:   June 1, 2015
Date Supervision Expires:   May 31, 2018

| U. S. Probation Officer: MeKisha D. Childers | Asst. U.S. Attorney: Alex Morgan | Defense Attorney: To be appointed |
|---|---|---|

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**The defendant will participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.**

## CAUSE

Ms. Olszak has recently struggled with methamphetamine use while under supervision. She provided urine samples that tested and confirmed positive for methamphetamine use on August 18, September 14 and 24, and October 8, 2015. In addition, Ms. Olszak admitted to using methamphetamine prior to each testing date and signed admissions to drug use. As a result, she was referred to in-patient substance abuse treatment, which she recently completed. During talks with the United States Probation Officer, she identified her relationship with her estranged husband to be unhealthy and abusive, and thus a trigger for substance abuse. She expressed interest in attending mental health counseling and agreed that mental health counseling may benefit her recovery efforts.

The Federal Public Defender's Office has been notified of the above request to modify conditions of supervision.

Prob 12B     - 2 -     Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Mary Olszak     Case Number: 4:13CR00344-002 JLH

_____
McKisha D. Childers
U.S. Probation Officer

Date: 11/17/2015

Approved by:

_____
Supervising U.S. Probation Officer

_____
Alex Morgan
Assistant U.S. Attorney

Date: 11.17.15

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

November 19, 2015
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Federal Public Defender, Jenniffer Horan
    Assistant U.S. Attorney, Alex Morgan

PROB 49
(1 89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

Witness _____   Signed _____
(U.S. Probation Officer)                        (Probationer or Supervised Releasee)

10/08/2015
(Date)